*T. S. Mell,* for plaintiff in error. *S. H. Sibley,* contra.

---

### WHEELER *et al. v.* MOZLEY *et al.*

EVANS, P. J. This case comes within the ruling pronounced in *Wheeler* v. *Crawford,* 135 *Ga.* 148 (69 S. E. 22), and *Brunswick Book Company* v. *Torsch Company,* 112 *Ga.* 537 (37 S. E. 737) ; and the bill of exceptions is *Dismissed. All the Justices concur.*

July 13, 1911.

Writ of error, from Cobb superior court.

*J. S. James,* for plaintiffs in error.

*H. B. Moss* and *D. W. Blair,* contra.